FILED
HARRISBURG, PA
DEC 07 2021
PER \_\_\_\_\_ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIA A. COSGROVE,<br>Plaintiff, | NO. 1:21-CV-00047 |
| -vs- | (SCHWAB, M.J.) |
| KILOLO KIJAKAZI,<br>Acting Commissioner<br>of Social Security,<br>Defendant. | [FILED VIA ECF] |

## ORDER

AND NOW, this \_\_7th\_\_ day of \_\_December\_\_, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Julia A. Cosgrove, is awarded Four Thousand, Seven Hundred Dollars and 00/100 Cents ($4,700.00) in attorney fees under EAJA. The attorney fees will be paid directly to Plaintiff, Julia A. Cosgrove, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to

satisfy such debt(s).

BY THE COURT:

*[signature]*

SUSAN E. SCHWAB
United States Magistrate Judge